FILED
2016 Sep-30 PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

MICHAEL WAYNE GEORGE,    )
                               )
     **Plaintiff,**          )
                               )
**vs.**                             )  **Case No:  1:15-cv-00308-CLS-SGC**
                               )
**WARDEN JOSEPH HEADLEY, et**  )
**al.,**                           )
                               )
     **Defendants.**

## MEMORANDUM OPINION

The magistrate judge entered a report on June 3, 2016, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed without prejudice for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b). (Doc. 6).  Although the magistrate judge advised plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the report of the magistrate judge, and ACCEPTS the recommendation.   Therefore, in accordance with 28 U.S.C. § 1915A(b), plaintiff's federal claims are due to be dismissed without

1

prejudice for failing to state a claim upon which relief may be granted.  Additionally,

plaintiff's state law claims asserted in the complaint are due to be dismissed without

prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A separate order of final judgment will be entered.

DONE this 30th day of September, 2016.

_____
United States District Judge